IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEURSLA LASHAY BARRON                                                                 PLAINTIFF

v.                                          3:20-cv-00171-KGB-JJV

ROBERT CRESTMAN, *et al*.                                                          DEFENDANTS

## ORDER

Pending is Plaintiff Deursla Lashay Barron's ("Plaintiff") Second Amended Complaint. (Doc. No. 8.)  Mail sent by the Court to Plaintiff at the Craighead County Detention Center, Plaintiff's current address of record, has been returned as undeliverable with the notation "Not in Jail" on the envelope.  (Doc. No. 36.)  Pursuant to Local Rule 5.5(c)(2), a *pro se* plaintiff must promptly notify the Clerk of the Court and the other parties of any change in address and must monitor the progress of the case and prosecute it diligently.  If any communication from the Court is not responded to within thirty days, the case may be dismissed without prejudice.  Accordingly, Plaintiff shall comply with Local Rule 5.5(c)(2) within thirty days of the date of this Order or I will recommend dismissal of this case.

IT IS SO ORDERED this 13th day of April 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE