# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DEURSLA LASHAY BARRON                                                                                      PLAINTIFF

v.                                          3:20-cv-00171-KGB-JJV

ROBERT CRESTMAN,
Corporal, CCDC; *et al.*                                                                                   DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the

form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Deursla Lashay Barron ("Plaintiff") brought this action pursuant to 42 U.S.C. § 1983, alleging violations of her constitutional rights (Doc. No. 8). On February 26, 2021, Defendant Raymond filed a Motion to Compel (Doc. No. 31) and stated he had not received responses to written discovery propounded on November 2, 2020. I granted Defendant's Motion and directed Plaintiff to respond to Defendant's discovery requests within twenty-one days. (Doc. No. 33).

Now, Defendant Raymond has filed a Motion for Sanctions (Doc. No. 38) informing the Court that Plaintiff has failed to adequately respond within the allotted time and requesting 1) a court order deeming admitted Defendant's First Requests for Admissions and 2) dismissal of this cause of action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure[1] and Local Rule 5.5(c)(2).

Based on the foregoing, I find it appropriate to grant Defendant's Motion in its entirety. I specifically directed Plaintiff to respond to Defendant's discovery within twenty-one days. (Doc. No. 33.) In that Order, I also warned Plaintiff that her failure to comply would result in a

---

[1] "If the plaintiff fails to prosecute or comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b).

dismissal. (*Id*. at 2.)  Plaintiff has failed to comply and dismissal is appropriate.  Plaintiff may cure this defect by immediately responding to Defendants discovery requests.  But based on the record before the Court, I recommend that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). I further recommend that Defendant's First Requests for Admissions be deemed admitted.

    IT IS, THEREFORE, RECOMMENDED THAT:

    1.    Defendant's Motion (Doc. No. 38) be GRANTED;

    2.    Plaintiff's Second Amended Complaint (Doc. No. 8) be DISMISSED without prejudice;

    3.    Defendant's First Requests for Admissions be deemed admitted; and

    4.    The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

    Dated this 20th day of April 2021.

                                                    _____
                                                    JOE J. VOLPE
                                                    UNITED STATES MAGISTRATE JUDGE