IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                                                 **PLAINTIFF**

v.                              Case No. 3:20-cv-00171-KGB-JJV

**ROBERT CRESTMAN,** *et al.*                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 10). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, the Court dismisses without prejudice plaintiff Deursla Lashay Barron's official capacity claims for failure to state a claim on which relief may be granted. The Court also dismisses without prejudice Ms. Barron's claims against defendants Sandy Edwards and Anthony Carter for failure to state a claim on which relief may be granted. The Court dismisses as defendants Ms. Edwards and Mr. Carter from this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 31st day of August, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge