IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                                                 **PLAINTIFF**

v.                              Case No. 3:20-cv-00171-KGB-JJV

**ROBERT CRESTMAN;** *et al.*                                                          **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 29).  Plaintiff Deursla Lashay Barron timely filed objections (Dkt. No. 30).  After carefully considering the Proposed Findings and Recommendations and Ms. Barron's objections, and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Accordingly, the Court grants the motion for partial summary judgment filed by defendants Robert Crestman, Ashley Harrigan, Toni Raymond, and Tabitha Simmons (Dkt. No. 24).

The Court writes separately to address Ms. Barron's arguments in her objections.  Ms. Barron argues that Mr. Crestman violated policy by checking on Ms. Barron while she was strapped naked in a chair and by improperly caressing her left thigh when he came into the booking bathroom (Dkt. No. 30, at 1, 4).  Ms. Barron further argues that she was not required to file a grievance within 12 hours (*Id.*, at 2).  However, Ms. Barron's arguments do not relate to Judge Volpe's recommendation that Ms. Barron failed to exhaust her claims because any grievances she filed were not specific enough to give defendants notice of the nature of her claims or the identity of those involved (Dkt. No. 29, at 6).  Ms. Barron does not offer any other arguments that she properly exhausted her claims.  Finally, Ms. Barron makes several requests for relief, no contact

orders, documents, video footage, and lie detection tests which are not properly before this Court (Dkt. No. 30, at 2–4).

Accordingly, the Court grants defendants' motion for partial summary judgment (Dkt. No. 24). The Court dismisses without prejudice Ms. Barron's claims against Mr. Crestman, Ms. Harrigan, Ms. Raymond, and Ms. Simmons. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 31st day of August, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge