IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                                                          **PLAINTIFF**

v.                                Case No. 3:20-cv-00171-KGB-JJV

**ROBERT CRESTMAN;** *et al.*                                                                    **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 40).  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, the Court grants defendant Steve Raymond's motion for sanctions (Dkt. No. 38).  The Court deems admitted Mr. Raymond's first requests for admission.  The Court dismisses without prejudice plaintiff Deursla Lashay Barron's second amended complaint (Dkt. No. 8).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 6th day of January, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge