IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                                                 **PLAINTIFF**

v.                              Case No. 3:20-cv-00171-KGB-JJV

**ROBERT CRESTMAN;** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Deursla Lashay Barron's second amended complaint is dismissed without prejudice (Dkt. No. 8). The Court denies the requested relief.

It is so adjudged this 6th day of January, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge